UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
UNITED STATES OF AMERICA,                        :   [Proposed] Order for Briefing Schedule on
vs.                                              :   Renewed Petition Of Landlocked Shipping
VIKTOR KOZENY and FREDERIC                       :   Company And Dr. Jitka Chvatik For An
BOURKE, JR.,                                         Order Terminating the Post-Indictment
Defendants.                                      :   Restraining Order

                                                     05 CR 518 (SAS)
                                                 :
------------------------------------------------ X

      THE COURT, having reviewed the letter of James E. Nesland, counsel for Landlocked Shipping Company and Dr. Jitka Chvatik, HEREBY ORDERS as follows:

      1.    The Government shall file its response to Petitioners' Renewed Petition of Landlocked Shipping Company and Dr. Jitka Chvatik For An Order Terminating the Post Indictment Restraining Order on before May 25, 2012; and

      2.    Petitioners shall file a reply, if any, on or before June 11, 2012.

Dated: _____May 2_____, 2012.

                                    BY THE COURT:

                                    United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/12